# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

LOUISE LAMBORN, AS ) 
ADMINISTRATOR OF THE ) 
ESTATE OF LAWRENCE E. ) 
MERGENTHALER, ) 
                     ) C.A. No. N20C-02-260 PAW 
         Plaintiff, ) 
                     ) 
    v. ) 
                     ) 
JAMES H. COATES, EXECUTOR, ) 
OF THE ESTATE OF JOHN J. ) 
MCGRELLIS, III, ) 
                     ) 
         Defendant. ) 

Submitted: August 5, 2024
Decided: October 16, 2024

## POST-TRIAL DECISION

John Sergovic, Jr., Esq., Sergovic Carmen Weidman McCartney & Owens, P.A., *Attorney for the Plaintiff*.

James H. Coates, *Pro Se Litigant*.

**WINSTON, J.**

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The parties stipulated to the following facts prior to trial.[1]  On or about June 1, 2011, John J. McGrellis, III, the original debtor, entered into a Judgment Note (the "June 2011 Note") in favor of Lawrence E. Mergenthaler, wherein Mergenthaler lent McGrellis funds in the principal amount of $400,000 to be repaid in principal and with interest at 7% per annum.  The funds evidencing the principal of the June 2011 Note were advanced by Mergenthaler to McGrellis in the amount of $400,000 on or about June 1, 2011.  Under the terms of the June 2011 Note, McGrellis was to repay the amount of the debt in monthly installments of $4,644.34 commencing June 1, 2011.

Mergenthaler last received payment on the June 2011 Note from McGrellis on October 1, 2019.  At the time of McGrellis's death on October 6, 2019, McGrellis acknowledged that the principal amount of $302,243.75 was owed to Mergenthaler as of October 1, 2019 on the June 2011 Note.  Based upon the agreed upon interest rate of 7% under the June 2011 Note, the annual interest on the unpaid principal of $302,243.75 times 7% is $21,157.06.  The annual interest obligation owed by McGrellis to Mergenthaler of $21,157.06 divided by 365 days results in a per diem interest of $57.96 on the June 2011 Note.  The accrued interest on the June 2011 Note from October 1, 2019 to August 5, 2024 (1,770 days) at a per diem interest rate

---

[1] D.I. 107.

of $57.96 is $102,589.20.

In addition to the principal of $302,243.75, an accrued interest of $102,589.20 as of August 5, 2024 with interest continuing at $57.96 per diem until judgment, Mergenthaler is entitled to costs and 20% counsel fees of $80,966.40 ($302,243.75, plus $112,589.20 = $404,832.95 x 20% = $80,966.59), plus accrued interest after August 5, 2024 of $57.96 per diem. The June 2011 Note matured and required payment in full on June 1, 2021. The Estate of Lawrence E. Mergenthaler did not receive payment in full on June 1, 2021.

On or about September 1, 2012, McGrellis, entered into another Judgment Note ("September 2012 Note") in favor of Mergenthaler, wherein Mergenthaler lent to McGrellis funds in the principal amount of $100,000 to be repaid in principal and with interest at 7% per annum. The funds evidencing the principal of the September 2012 Note were advanced by Mergenthaler to McGrellis in the amount of $100,000 on or about September 2012. Under the terms of the September 2012 Note, McGrellis was to repay the amount of the debt in monthly installments of $1,161.08 commencing October 1, 2012.

Mergenthaler last received payment on the September 2012 Note from McGrellis on October 1, 2019. At the time of McGrellis's death on October 6, 2019, based on the payments claimed by McGrellis to have been paid under the September 2021 Note, McGrellis acknowledged that the principal amount of $66,091.07 was

3

owed to Mergenthaler as of October 1, 2019 on the September 2012 Note. Based upon the agreed upon interest rate of 7% under the September 2012 Note, the annual interest on the unpaid principal of $66,091.07 times 7% equals $4,626.37. The annual interest obligation owed by McGrellis to Mergenthaler $4,626.37 divided by 365 days results in a per diem interest of $12.66 on the September 2012 Note. The accrued interest on the September 2012 Note from October 1, 2019 to August 5, 2024, (1,077 days), at a per diem interest rate of $12.66 is $22,408.20. In addition to the principal of $66,019.07, an accrued interest of $22,408.20 due as of August 5, 2024 with per diem interest of at $12.66 until judgment, Mergenthaler is entitled to costs and 20% counsel fees of $17,685.45 ($66,019.07 plus $22,408.20 = $88.427.27 x 20% = $17,685.45), plus accrued interest after August 5, 2024 with a per diem interest of $12.66. The September 2012 Note matured and required payment in full on September 1, 2022. Neither party disputes the authenticity nor terms of the Notes.

At trial, Plaintiff rested on the pretrial submissions and Defendant conceded the Estate of John J. McGrellis, III owes and has not paid certain unsecured debt, including the Notes.[2] Accordingly, the Plaintiff is entitled to judgment as a matter law. The Court enters judgment against Defendant for default of the June 1, 2011 and September 1, 2012 Notes. Plaintiff's counsel shall submit a proposed form of

---

[2] Trial Tr. at 27:6-28:3. Both parties noted that prior to the Estate of John J. McGrellis's closure, the Register of Wills advised that the instant action could be pursued and continued, even if the Estate is closed. *See* Defendant's Trial Ex. 8.

order including the amount of interest owed upon the unpaid principal balance of the Notes within 15 days.

**IT IS SO ORDERED.**

/s/ Patricia A. Winston
**Patricia A. Winston, Judge**